IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM BOWDREN | : | CIVIL ACTION |
| v. | : | |
| CRISTO REY PHILADELPHIA HIGH SCHOOL | : | NO. 22-4716 |

ORDER

AND NOW, this 10th day of May, 2023, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Cristo Rey Philadelphia High School (Doc. # 7) to dismiss the complaint of plaintiff William Bowdren is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                  J.